# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES E. COHAN,<br><br>    Plaintiff<br><br>v.<br><br>ERIC GOODMAN and JUSTIN GLASGAU,<br><br>    Defendants | Case No.: 2:20-cv-01185-APG-BNW<br><br>**Order Dismissing Case** |

I previously set a February 12, 2021 deadline for plaintiff James Cohan to file an amended complaint against the defendant Las Vegas Metropolitan Police Department officers. ECF No. 8.  I warned Cohan that failure to file an amended complaint by that date would result in dismissal of those claims without prejudice and closure of this case. *Id.* at 2.  Cohan did not file an amended complaint.

I THEREFORE ORDER that plaintiff James Cohan's claims against the defendant Las Vegas Metropolitan Police Department officers are DISMISSED without prejudice.  The clerk of court is instructed to close this case.

DATED this 24th day of February, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE